## No. 15,317.

### BERKOWITZ ET AL. *v.* STIDGER.
(170 P. [2d] 536)

Decided June 17, 1946.

Judgment affirmed en banc without written opinion, Mr. Chief Justice Knous, Mr. Justice Hilliard and Mr. Justice Jackson not participating.

Mr. A. M. LUTZ, Mr. JACOB H. CHISEN, Mr. MORRIS RIFKIN of counsel, for plaintiffs in error.

Mr. RALPH L. CARR, Mr. FRED M. MAZZULLA, Mr. DON B. OLIVER, for defendant in error.